**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000448
12-NOV-2025
08:28 AM
Dkt. 21 ORD**

NO. CAAP-25-0000448

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ADAM STREGE, Plaintiff-Appellant,
v.
LAUNCHING ALL HAWAII NUCLEAR MISSILES; MAUI CARPENTERS UNION;
GROUP BUILDERS; MAUI MCDONALDS HAMBURGER RESTAURANTS;
HOMEOWNER 446 HAUOLA PLACE LAHAINA; MAUI TACOS; and
NORDIC PCL CONSTRUCTION, Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-25-0000185)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon review of the record, it appears that:

(1) Self-represented Plaintiff-Appellant Adam **Strege** filed the notice of appeal on June 12, 2025.

(2) The court's October 28, 2025 order denied Strege's motion for leave to proceed on appeal *in forma pauperis* and stated that within 10 days, Strege "shall pay the filing fees in the full amount to the Supreme Court Clerk's Office[,]" and "[f]ailure to pay the filing fees may result in the appeal being dismissed."

(3) Strege has not complied with the October 28, 2025 order, the time for compliance has expired, and Strege has not

paid the appellate filing fees.  As a result, the record on appeal has not been prepared.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.  See Hawaiʻi Rules of Appellate Procedure Rule 24(c) ("Failure of the unsuccessful movant to pay the unpaid filing fees or to give security for costs shall not affect the validity of the appeal, but is ground for such action as the appellate court having jurisdiction over the appeal deems appropriate, and may include dismissal of the appeal.").

DATED:  Honolulu, Hawaiʻi, November 12, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge